**FILED**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SEP 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL

| | |
|---|---|
| CHARONDA BROWN<br>1100 Quaker Hill Dr.<br>Alexandria, VA 22314,<br>         Plaintiff, | : <br> : <br> : <br> : |
| | : |
| vs. | : |
| | : *Complaint* |
| UNITED STATES DEPARTMENT OF<br>TRANSPORTATION<br>400 7th Street, S.W.<br>Washington, D.C. 20590, | : <br> : <br> : <br> : |
| | : |
| UNITED STATES ATTORNEY'S OFFICE<br>c/o Kenneth Wainstein, United<br>States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | |
| And | : |
| UNITED STATES DEPARTMENT OF<br>JUSTICE<br>c/o Alberto R. Gonzales, United<br>States Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530.<br>         Defendants. | : <br> : <br> : <br> : <br> : <br> : |

CASE NUMBER  1:05CV01808

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 09/13/2005

**JURY ACTION**

<u>COMPLAINT</u>
**(Personal Injuries – Automobile Accident)**

COMES NOW, Plaintiff, Charonda Brown, by and through

counsel, Perry L. Foreman, Jr., Esquire and J.E. Wingfield &

Associates, P.C., and sues Defendant, United States, and states

her cause of action as follows:

1. The action arises under the Federal Tort Claims Act, 28

U.S.C. §1346(b), as hereinafter more fully appears.

1

2. On or about September 25, 2002, Plaintiff was operating a vehicle traveling eastbound on Maine Avenue, S.W. at or near the intersection of 12th Street, S.W. in Washington, D.C.

3.    At the same time and place, Michael Hinderliter, an employee/agent of the United States Department of Transportation, was operating a vehicle traveling eastbound on Maine Avenue, S.W., when Defendant rear-ended Plaintiff's vehicle, causing injuries to Plaintiff.

4.    At all times relevant to the above-referenced cause of action, Mr. Hinderliter was an agent/employee of Defendant, acting with the scope of his employment and with the express permission of the Defendant.

5. Defendant was negligent in the operation of the vehicle by failing to pay full time and attention to the operation of the vehicle, failing to slow so as to avoid a collision, failing to yield the right-of-way, failing to exercise reasonable care in the operation of a vehicle and otherwise operating the vehicle in a negligent and careless manner in violation with the traffic rules and regulations then and there in full force and effect.

6. As a direct and proximate result of the negligence of Defendant, Plaintiff was caused to suffer serious, painful and permanent bodily injuries; great physical pain and mental anguish; loss and expense for physicians treatment,

hospitalization, and other medical treatment; property damage; loss of earnings and earning capacity; and loss of the enjoyment of her usual pursuits and pastimes.

7.    Defendants United States Attorney's Office and United States Department of Justice are proper parties under Superior Court Civil Procedure Rule 4(i).

WHEREFORE, Plaintiff, Charonda Brown, demands judgment against Defendant, the United States, in the amount of Twenty-five Thousand Five Hundred Dollars ($25,500.00) plus interest and costs.

Respectfully submitted,

LAW OFFICES OF
J.E. WINGFIELD & ASSOCIATES, P.C.

Perry L. Foreman, Jr. #477057
700 5th St, NW, #300
Washington, D.C. 20001
(202) 789-8000
Attorney for Plaintiff

3

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

LAW OFFICES OF
J.E. WINGFIELD & ASSOCIATES, P.C.

Perry L. Foreman, Jr. #477057
700 5th St, NW, #300
Washington, D.C. 20001
(202) 789-8000
Attorney for Plaintiff