**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                      )
CHARONDA BROWN                        )
1100 Quaker Hill Dr.                  )
Alexandria, VA 22314                  )
                                      )
            Plaintiff,                )
                                      )
    v.                                ) Civil Action No. 05-1808(EGS)
                                      )
UNITED STATES DEPARTMENT OF           )
TRANSPORTATION                        )
400 7th Street, S.W.                  )
Washington, D.C. 20590                )
                                      )
UNITED STATES ATTORNEY'S OFFICE       )
c/o Kenneth L. Wainstein,             )
United States Attorney                )
555 4th Street, N.W.                  )
Washington, D.C. 20530                )
                                      )
and                                   )
                                      )
UNITED STATES DEPARTMENT OF           )
JUSTICE                               )
c/o Alberto Gonzales,                 )
United States Attorney General        )
950 Pennsylvania Avenue, N.W.         )
Washington, D.C. 20530                )
                                      )
            Defendants.               )
                                      )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

```
                              Respectfully submitted,

                              ____/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Civil Division
                              Washington, D.C.  20530
                              (202)514-7205
```

2