```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| CHARONDA BROWN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1808(EGS) |
|  | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## ANSWER TO COMPLAINT

### FIRST DEFENSE

The plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

The plaintiff has failed to comply with the provisions of the Federal Tort Claims Act, 28 U.S.C. § 2875(a).

### THIRD DEFENSE

Plaintiff failed to properly affect service, pursuant to the Court's Minute Order of May 5, 2006, by failing to obtain proper service over defendants by no later than June 30, 2006.

### FOURTH DEFENSE

The United States Attorney's Office, the Department of Justice and the United States Department of Transportation are not proper parties. The proper defendant under the Federal Tort Claims Act is the United States.

**FIFTH DEFENSE**

The defendants, in response to the numbered paragraphs of the complaint, state as follows:

**INTRODUCTION**

1. The allegations in this paragraph contain plaintiff's characterization of this law suit and conclusions of law to which no response is required. To the extent a response is required, defendants deny the allegations.

2. Admitted.

3. The defendants admit that Michael Hinderlinter, an employee of the United States Department of Transportation, was operating a vehicle traveling eastbound on Maine Avenue, S.W., and that the vehicle he was driving was involved in an accident with plaintiff's vehicle. The remaining allegations of this paragraph are denied.

4. Admitted.

5. Denied.

6. Denied.

7. Denied.

The remainder of the complaint contains plaintiff's prayer for relief and not allegations of fact to which an answer is required. To the extent an answer is deemed required, the defendants deny that plaintiff is entitled to the requested relief or to any relief whatsoever.

Defendants deny each and every allegation not specifically admitted above.

Wherefore, the defendants request that this action be dismissed with prejudice, and that defendants be awarded costs and such other relief as the Court deems appropriate.

Respectfully submitted,

____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


____/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


____/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
(202) 514-7205

Of Counsel:
THOMAS MAHONEY
U.S. Department of Transportation