**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHARONDA BROWN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1808(EGS) |
|  | ) |
| UNITED STATES DEPARTMENT OF | ) |
| TRANSPORTATION, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## **MOTION TO RESCHEDULE**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court to reschedule the intial status conference which is presently scheduled for October 4, 2006 at 11:00 a.m.

Counsel for the defendants will be out of the office from October 1-7, 2006. Counsel will be visiting her sister in California to celebrate a "significant" birthday. This trip has been scheduled for six months.

Counsel for the defendants has been unable to reach counsel for the plaintiff. Counsel left a voice mail several days ago. Counsel for the defendants is presently available the week of October 10-13, 2006 and October 16-20, 2006.

Wherefore, it is respectfully requested that the status conference be rescheduled.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205