IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CHARONDA BROWN                 )
                               )
            Plaintiff,         )
                               )
   v.                          ) Civil Action No. 05-1808(EGS)
                               )
UNITED STATES DEPARTMENT OF    )
TRANSPORTATION, et al.         )
                               )
            Defendants.        )
                               )
_____)
```

**JOINT MOTION TO REFER THE CASE TO MEDIATION**

The parties respectfully move to refer the case to a Magistrate Judge for mediation before the parties engage in discovery. The parties hope to resolve the case before they incur the expenses of discovery and expert witnesses.

An Order consistent with this motion is attached.

Respectfully submitted,

__/s/_____          __/s/_____
PERRY L. FOREMAN                      JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar # 477057                     United States Attorney
Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737              __/s/_____
Phone: 301-699-5800                   RUDOLPH CONTRERAS, D.C. BAR # 434122
pforeman@mrrlaw.net                   Assistant United States Attorney

Attorney for Plaintiff
                                      __/s/_____
                                      DIANE M. SULLIVAN, D. C. BAR # 12765
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 Fourth Street, N.W.
                                      Room E4919
                                      Washington, D.C. 20530
                                      (202) 514-7205

                                      Attorneys for Defendants