**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHARONDA BROWN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1808(EGS) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| TRANSPORTATION, <u>et</u> <u>al</u>. | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the parties' Motion to refer the case to mediation, it is this _____ day of October, 2006 hereby

ORDER, that the case is referred to Magistrate-Judge _____ for mediation.

_____
United States District Court Judge