```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
CHARONDA BROWN                 )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 05-1808 (EGS)
                               )
UNITED STATES DEPARTMENT OF    )
TRANSPORTATION, et al.         )
                               )
          Defendants.          )
_____)
```

## O R D E R

In accordance with the parties' Joint Motion to Refer the Case to Mediation; it is hereby

**ORDERED** that this case is referred to U.S. Magistrate Judge Alan Kay for mediation; and it is further

**ORDERED** that a status hearing is scheduled for **March 15, 2007, at 12:00 p.m.,** before the undersigned Judge.

**Signed:**   **EMMET G. SULLIVAN**
             **UNITED STATES DISTRICT JUDGE**
             **October 13, 2006**