THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**CHARONDA BROWN, Plaintiff,**   :
:
vs.   :   *Case No. 1:05cv01808ES*
:
**THE UNITED STATES DEPARTMENT**   :
**OF TRANSPORTATION, et al.**   :
:
**Defendants.**

## NOTICE OF ADDRESS CHANGE

**TO THE CLERK:**

Please be advised that the undersigned Plaintiff's counsel in the above captioned matter has changed law firms and is now located at the following address:

Perry L. Foreman, Jr., Esquire
Law Offices of Perry L. Foreman, Jr.
P.O. Box 44819
Fort Washington, MD 20744
(301) 789-2446
pforeman@perrylforemanjrlaw.com

Please forward all correspondence regarding this matter to the above address.

Respectfully submitted,

_____
Perry L. Foreman, Jr. #477057
Law Offices of Perry L. Foreman, Jr.
P.O. Box 44819
Fort Washington, MD 20744
(301) 789-2446
Counsel for Plaintiff