UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
CHARONDA BROWN                      )
                                    )
           Plaintiff,               )
                                    )
           v.                       )   Civil Action No. 05-1808 (EGS)
                                    )
UNITED STATES DEPARTMENT OF         )
TRANSPORTATION, *et al.*            )
                                    )
           Defendants.              )
_____)

### ORDER

Upon consideration of the representations of Magistrate Judge Alan Kay that a settlement has been reached between the parties in this case, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court; and it is

**FURTHER ORDERED** that within thirty (30) days from the date of this Order, a praecipe shall be filed with the Court informing the Court that this case is settled and dismissed with prejudice; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matter to the active calendar.

     **SO ORDERED.**

**Signed:    EMMET G. SULLIVAN**
            **UNITED STATES DISTRICT JUDGE**
            **January 25, 2007**