IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARONDA BROWN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1808(EGS) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| TRANSPORTATION, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL

Plaintiff Chandra Brown and Defendant, the United States of
America, hereby stipulate and agree to settle and compromise the
above-captioned action on the terms and conditions set forth in
this Joint Stipulation of Settlement and Voluntary Dismissal
[Stipulation] and that, subject to the following terms,
plaintiff's claims against defendant in this case shall be
dismissed with prejudice:

1.    The defendant will pay a lump sum of fifty five hundred
dollars ($5,500) to plaintiff Chandra Brown and her attorney,
Perry L. Foreman.  This amount shall be made by electronic
transfer of funds to an account specified by plaintiff and her
attorney.

2.    The plaintiff agrees to dismiss with prejudice all
claims against the defendant arising out of the accident which
occurred on September 25, 2002 and which is the subject of this
complaint and to execute any necessary documents to effectuate

such dismissal.

3.    Execution of this Stipulation by  plaintiff's counsel and counsel for defendant shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the Court shall have jurisdiction to resolve a claim of noncompliance with the terms of this Stipulation.

4.    The parties agree that this Stipulation constitutes the entire agreement between them and each warrants that they enter into this Stipulation freely.

5.    This Stipulation shall represent the full and complete satisfaction of plaintiff's claims arising from the accident which occurred on September 25, 2002 and the allegations set forth in the complaint or which could have been raised in this action, including (but not limited to) all for any and all alleged injuries and damages, seen or unseen arising from the accident on September 25, 2002.  The settlement also includes, without limitation, full and complete satisfaction of plaintiff's claims, injuries, and damages that have been, or could be made in this case.

6.    By this settlement, plaintiff  waives, releases and abandons any and all claims, whether asserted or unasserted, against the defendant, or its agents or employees, that arose out of the accident on September 25, 2002.  Such waived, released, and abandoned claims include, but are not limited to, the above-

2

styled litigation and any other complaints arising from any and all known and unknown, foreseen and unforeseen events causing alleged personal and bodily injury and the consequences thereof resulting from the subject matter giving rise to the complaint including, but not limited to, plaintiff's claim for medical expenses, pain and suffering, attorney's fees, costs, interest or other compensation for delay.  It is understood that any and all attorney fees owed by plaintiff will be paid by plaintiff in accordance with 28 U.S.C. § 2678.

7.    Execution of this Stipulation shall not constitute a finding by the Court or an admission by defendant that defendant, its agents, servants, or employees breached a duty owed to the plaintiff as alleged in the complaint.

8.    This settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound, through their respective counsel of record, have stipulated and agreed to the foregoing as of the _18th_ day of _April_____, 2007.

3

_____/s/_____

PERRY L. FOREMAN
D.C. Bar # 477057
Law Offices of Perry L.
Foreman, Jr.
P.O. Box 44819
Fort Washington, MD 44819
(301) 789-2446

Attorney for Plaintiff

Respectfully Submitted,

_____/s/_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/ Diane M. Sullivan_____

DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
(202) 514-7205

Attorneys for the Defendant


So Ordered, this _____ day of _____ 2007.


_____

UNITED STATES DISTRICT JUDGE